# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson , Kathleen | U.S. Bankruptcy Court | 04/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

21041 Burbank Blvd.
Woodland Hills, CA 91367

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Kathleen | 04/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Kathleen | 04/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Kathleen | 04/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | **Sun Life Financial (whole life common shares) | A | Dividend | J | T | | | | | |
| 2. | **Wells Fargo Bank | A | Interest | J | T | | | | | |
| 3. | **IRA #1 Edward Jones | | | | | | | | | |
| 4. | **AAPL | A | Dividend | L | T | | | | | |
| 5. | **Edward Jones IRA #2 | | | | | | | | | |
| 6. | **DODIX | A | Dividend | J | T | Buy | 03/06/13 | J | A | |
| 7. | **DODIX | | | | | Buy | 09/24/13 | J | A | |
| 8. | **DODIX | | | | | Sold (part) | 11/15/13 | J | A | |
| 9. | **DODFX | A | Dividend | J | T | Sold (part) | 09/24/13 | J | A | |
| 10. | **NAMAX | A | Dividend | J | T | Sold (part) | 09/24/13 | J | A | |
| 11. | **EIBIX | A | Dividend | J | T | Buy | 09/24/13 | J | A | |
| 12. | **HDGIX | A | Dividend | J | T | Sold (part) | 09/24/13 | J | A | |
| 13. | LTRFX | A | Dividend | J | T | Sold | 02/12/13 | J | A | |
| 14. | **LSIIX | A | Dividend | J | T | Buy | 09/24/13 | J | A | |
| 15. | **LSIIX | | | | | Sold | 11/15/13 | J | A | |
| 16. | **MEIIX | A | Dividend | J | T | Sold (part) | 02/12/13 | J | A | |
| 17. | **MEIIX | | | | | Sold (part) | 09/24/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thompson , Kathleen | 04/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WOBDX | A | Dividend | J | T | Sold | 02/12/13 | J | A | |
| 19. WOBDX | | | | | Buy | 09/24/13 | J | A | |
| 20. WOBDX | | | | | Sold (part) | 10/28/13 | J | A | |
| 21. **IGLIX | A | Dividend | J | T | Sold (part) | 09/24/13 | J | A | |
| 22. **JFMXX | A | Interest | J | T | Buy | 09/24/13 | J | A | |
| 23. OIBYX | A | Dividend | J | T | Sold | 08/30/13 | J | A | |
| 24. **TGVIX | A | Dividend | J | T | Sold (part) | 02/12/13 | J | A | |
| 25. **TGVIX | | | | | Sold (part) | 09/24/13 | J | A | |
| 26. **PRDGX | A | Dividend | J | T | Sold (part) | 09/24/13 | J | A | |
| 27. MCFDX/MPAFX | A | Dividend | J | T | Sold | 02/12/13 | J | A | |
| 28. **CRSOX | A | Dividend | J | T | Buy | 09/24/13 | J | A | |
| 29. **MWTIX | A | Dividend | J | T | Buy | 09/24/13 | J | A | |
| 30. **PRCIX | A | Dividend | J | T | Buy | 09/24/13 | J | A | |
| 31. **CWBFX | A | Dividend | J | T | | | | | |
| 32. **SAGIX | A | Dividend | J | T | Buy | 02/12/13 | J | A | |
| 33. **SAGIX | | | | | Sold (part) | 09/24/13 | J | A | |
| 34. **MFEIX | A | Dividend | J | T | Buy | 02/12/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Kathleen | 04/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. **MFEIX | | | | | Sold (part) | 09/24/13 | J | A | |
| 36. **MINIX | A | Dividend | J | T | Buy | 02/12/13 | J | A | |
| 37. **MINIX | | | | | Sold (part) | 09/24/13 | J | A | |
| 38. **MGOYX | A | Dividend | J | T | Sold (part) | 09/24/13 | J | A | |
| 39. **HLLVX | A | Dividend | J | T | Buy | 02/12/13 | J | A | |
| 40. **HLLVX | | | | | Buy | 09/24/13 | J | A | |
| 41. **DISRX | A | Dividend | J | T | Buy | 02/12/13 | J | A | |
| 42. **DISRX | | | | | Sold (part) | 09/24/13 | J | A | |
| 43. **TGBAX | A | Dividend | J | T | Buy | 08/30/13 | J | A | |
| 44. **TGBAX | | | | | Buy | 09/24/13 | J | A | |
| 45. **FVHIX | A | Dividend | J | T | Buy | 09/24/13 | J | A | |
| 46. **HLLVX | | | | | Buy | 09/24/13 | J | A | |
| 47. **WBFFX | A | Dividend | J | T | Buy | 09/24/13 | J | A | |
| 48. **BBTBX | A | Dividend | J | T | Buy | 10/28/13 | J | A | |
| 49. **BBTBX | | | | | Buy | 11/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section 1.  The only asset in Trust #1 is ▮▮▮▮▮▮▮▮ .

Section VII.  Investments and Trusts

**=an asset as of 12/31/13

Line 4- Lists the only asset APPL in IRA #1 Edward Jones

Line 5- This is a heading for the assets in IRA #2 Edward Jones that are listed on Line 6 and following.

Former Line 9 reported on FDR 2012 as BAGIX was all sold in 2012 as reported on FDR 2012.

Former Line 33 reported on FDR as MCFDX (Managers Cadence Capital Appreciation Fund) appears on account records as MPAFX (Managers Cadence Capital Appreciation Fund) in 2013;  all sold as of 2/12/13.

Former line 38 reported on FDR 2012 as FHAIX (purchased 6/27/2012) should have been reported as FVHIX;  the proper symbol has been confirmed by reference to a confirmation trade sheet for 2012.

Response to your letter of inquiry of June 30, 2014:
 Your letter states that the assets described as "Cba Aggressive Growth" and "MFS Growth Fund CI 1" were listed in Part VII, page 6, lines 39 and 40 on my prior report for 2012 but are not listed on my report for 2013.  The symbol for Cba Aggressive Growth is SAGIX.  SAGIX is listed on the current report (2013) at lines 32 and 33.  The symbol for MFS Growth Fund CI 1 is MEIIX.  MEIIX is listed on the current report (2013) at lines 16 and 17.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544